FILED

MAR 0 5 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMJ COMMERCIAL HOLDINGS, LLC, AND EDUCATION MANAGEMENT SERVICES, LLC, | § § § § | |
| *Plaintiffs,* | § | |
| v. | § § | CIVIL ACTION NO. 5:17-CV-01025-OLG |
| HARTFORD FIRE INSURANCE COMPANY | § § | |
| *Defendant.* | § § | |

## ORDER APPROVING STIPULATION OF DISMISSAL

On this day, the parties' Joint Stipulation of Dismissal with Prejudice was considered by the Court. It appearing to the Court that all issues in this case have been resolved and that the parties desire the entry of this Order, it is

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation of Dismissal is approved and that the above-styled and numbered cause and all claims asserted or that could have been asserted by all parties herein are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs incurred.

IT IS SO ORDERED.

SIGNED this 5 day of Mar, 2019

_____
Orlando L. Garcia
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM:**

*/s/ Robert W. Loree*

Robert W. Loree
State Bar No.: 12579200
**Loree & Lipscomb**
777 East Sontera Blvd, Suite 320
San Antonio, Texas 78258
Telephone: 210-404-1320
Facsimile: 210-404-1310
Email: rob@lhllawfirm.com

**ATTORNEY FOR PLAINTIFFS**

*/s/Laura J. Grabouski*

Laura J. Grabouski
State Bar No:  24031595
Sean Timmons
State Bar No.: 24067908
**Tully Rinckey, PLLC**
3724 Executive Center Drive, Suite 205
Austin, Texas 78731
Telephone:   512.225.2800
Facsimile:   512.225.2801
Email:       stimmons@tullylegal.com
             lgrabouski@tullylegal.com

**ATTORNEYS FOR DEFENDANT**